nied. *Daniel D. Glasser* and *Eugene R. Ward* for petitioner. *John J. Mortimer, L. Louis Karton* and *Arthur Magid* for respondents.

No. 107. UNITED STATES COLD STORAGE CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *H. Bascom Thomas, Jr.* for petitioner. *Acting Solicitor General Davis, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 108. ADWOOD CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Richard Bentley* for petitioner. *Acting Solicitor General Davis, Assistant Attorney General Holland, Ellis N. Slack* and *Melva M. Graney* for respondent.

No. 110. FOSTER ET AL., DOING BUSINESS AS J. M. FOSTER & Co., *v.* BUCKNER. C. A. 6th Cir. Certiorari denied. *William J. Eggenberger* for petitioners. *James A. Markle* for respondent.

No. 111. SECURITIES AND EXCHANGE COMMISSION *v.* MASTERSON. C. A. 3d Cir. Certiorari denied. *Acting Solicitor General Stern* and *Roger S. Foster* for petitioner. *E. Ennalls Berl* for respondent.

No. 112. ROCKWELL MANUFACTURING Co. *v.* THE STANLEY WORKS. C. A. 3d Cir. Certiorari denied. *William A. Strauch* and *J. Matthews Neale* for petitioner. *T. Clay Lindsey* for respondent.

No. 116. ATKINS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Hayden C. Covington* for petitioner.